USDC SCAN INDEX SHEET










```
SWD    4/21/05    11:07
3:05-CV-00832    MCNEAL V. PEOPLE OF THE STATE
*1*
*PCSO.*
```

CIVIL COVER SHEET

FILED
05 APR 19 PM 3: 1[?]
[...] U.S. DISTRICT COURT
[...] CALIFORNIA
DEPUTY

Petitioner | Respondant

Brian Steven McNeal, Unincorporated
BRIAN STEVEN MCNEAL, CORPORATED

| PEOPLE OF THE STATE OF CALIFORNIA INC.

Brian Steven McNeal
1173 Front st.
San Diego CA 92101
5107574

'05 CV 0832 H    (AJB)

Basis of Jurisdiction:

Citizen or Subject of a Foreign Country (World Citizen) Non Government Orginization

Incorporated or principal Place of Business in this State (Secured Party U.C.C. 1 Filed)

Cause of Action: Article I Sec. 9 U.S. Constitution / Act. of Febuary 5, 1867 14 Stat. 385
28 U.S.C. 1361 / 1654 (All Writs Act)

Other Statutes:

895 Freedom of Information Act.

Prisoner Petition: Awaiting trial, challenging Courts Jurisdiction and violations of U.S. Constitution, Due process.
Generall not in State Custody or Convicted

Origin:

Original Proceeding

Jury Demanded

DATED: 4-10-05                    Signature of Attorney of Record

PRO SE

Note to Civil Court Clerk:

Prior filing in your office have been Put in the Action of 28 USC 2254 by assumption. I am not in state custody, I have not been Convicted of said crime, there-for filing Under this assumed Action is fraudulant. I bring this action as stated above.

IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, BILL LOCKYER, Fiction of Law, RESPONDANT<br><br>v.<br><br>BRIAN S. MCNEAL,<br>PETITIONER,   Eo Nomine,<br><br>Brian Steven McNeal,<br>SUBROGATED<br>ACCEPTOR/REAL PARTY. | PETITION TO ABATE ACTION Requesting<br>PETITION FOR WRIT OF HABEAS CORPUS<br>Article J sec. 9 U.S. Const + Art. V<br>P.C. 1473 (a) P.C. 1485 + seq. et. sec. 29<br>28 U.S.C.A. Par 1361/1654<br>Act Febuary 5, 1867 14 Stat. 385<br>RE SUPER. CT. NO. CM 18349*/SCS 226919 |

united states of America  )
                          )Affirmed
California state          )

SUBROGATED; Having Accepted for value the alledged "Maritime Damages" Real Party being Sovern Elector, Seehausen (Authorized Represenitive) For Eo Nomine as a Matter of Record Affirms; inafter "Acceptor," the same proceeding in good faith with clean hands and set forth the following conclusive facts in evidence in support of "Petition to Abate Action," hereinafter "Petition:"

1. No damaged parties have appeared in the above captioned instant matter;
2. No actus reus, no mens rea, no corpus delecti exists at all times material hereto;
3. No "charge" has ever been presented to "Acceptor," no "charge" exists ab initio;
4. No verified complaint exists at all times material hereto, the same having been subscribed and sworn to under pains and penalties of perjury, based on first hand, personal knowledge of the facts;
5. No "affidavit of Acceptors' liability" to the code alleged exists ab initio;
6. No "claim" has ever been presented or offered at all times material hereto;
7. No joinder of parties has been made, collusively or otherwise;
8. No case or controversy, justiciable or otherwise exists ab initio;
9. No "finding of fact or conclusions of law" exist to support any and all suppositions ab initio;
10. No "certificate of origin" and/or "verified contract" which bears an equal

Page 1, Petition to Abate Action

exchange of valuable consideration exists ab initio;

11. No "proof of claim on title" and/or lien on surety exists ab intitio;
12. No "Liability of Acceptor" exists at all times material hereto;
13. Certified Default in Dishonor (Agreed Judgment), Certification #(s): 544236644 ACCEPTANCE OF MASTER AND DAMAGES BY THE REAL-PAR FOR THE EO COM. ET UR, the same having been entered into the permanent record of this court by way of United States Registered Mail matter #RR 778 141 331 US ; three (3) copies received by the <u>CLERK OF THE SUPERIOR COURT FOR THE COUNTY OF SAN Diego</u>, on Wednesday Febury 9TH 2005AD , included therein a "Surety Bond," Bond #: 544236644, attached thereto "Oath of Office" of ALL San Diego Judges, thereby subrogating Acceptors' position to that of CN183997 SCE226819 assessed value on Bond $250,000.00 plus supporting "Affidavits of Liability."
14. Based on the foregoing conclusive facts in evidence IN RE: CASE/ACCOUNT # SCE226819 CN183997 the same entered into the permanent record, abatement is proper so as to overthrow and destroy this entire matter instanter, the same being void ab initio, whereby "Sovereign Elector" and "Acceptor" command settlement and return of all property, property rights, including intellectual property and property rights, whereby the same are "Secured" and "Held in Due Course" free from all claims and defenses, under private contract, by "Sovereign Elector."

<u>COMMAND FOR SETTLEMENT AND FOR DISCHARGE AND CLOSURE</u>

15. Complete "Settlement" is hereby commanded and to "discharge" any and all detainers with prejudice in re this instant matter, thereby effectuating complete closure of all matters material hereto.

<u>RESCISSION, TERMINATION, REJECTION AND WAIVER OF<br>SIMULATION OF PROCESS BENEFITS</u>

16. "Sovereign Elector" and "Acceptor," RESCIND, TERMINATE, REJECT AND WAIVE SIMULATION OF PROCESS BENEFITS under color of law, color of office, color of authority, using fictions of law to obtain and otherwise unobtainable means. "Acceptor" has agreed not to disagree with the facts of CASE/ACCOUNT CN183997 SCE226819 . "Acceptor" has "accepted and returned" all presentment/offers in good faith with clean hands, thereby re-drafting any and all offers and giving honor to the same.
17. Therefore "Sovereign Elector" and "Acceptor" command this Honorable Court to immediately cease and desist on the above captioned matter and to

Page 2, Petition to Abate Action

discontinuing it's use of fictions of law, including any and all simulation of process thereunder, or enter this honorable courts' "finding of fact and conclusions of law," including supporting "verified affidavits" which delineate a showing of valid and just cause why all matters material hereto should not be discharged with prejudice.

## WANT OF JURISDICTION

18. At all times material hereto, no subject matter jurisdiction has been conferred, and no jurisdiction of the subject matter exists nunc pro tunc, nor does any type or kind of personam jurisdiction exist though, constant and continued "collusive joinder" of parties does exist whereby constant and continued use of threat by coercive means by and through scienter has occurred attempting to join a juristic person to that of a living sentient being, creating diversity.

19. At all times material hereto, the public servants allegedly involved in this instant matter have failed/refused to state a claim, have failed/refused to provide "Acceptor" with a jurisdictional statement, whereas such public servants have been weighed, have been measured and have been found wanting.

## IN CONCLUSION OF THE MATTER

20. **FOR ALL THE FOREGOING** absolute facts in evidence conspicuously delineated herein and herewith, this instant matter shall be abated with prejudice, whereas no liability of "Acceptor" exists to be involved in this instant matter. No man or woman has come forth to rebut, controvert, argue or disprove any of Sovereign Electors' and Acceptors' absolute facts in evidence. Therefore under the maxim of law: "An affidavit stands as truth in commerce, unless rebutted point for point by counter affidavit," "An affidavit becomes judgment, unless rebutted point for point." The public servants involved in this instant matter have confessed and consented judgment, therefore the same having been agreed and stipulated. Therefore this instant matter shall be discharged with prejudice including any and all detainers, whereas this matter shall be immediately abated.

///

///

///

///

///

U.C.C. 1 207.7

X

Page 3, Petition to Abate Action

Attachment:
JURAT (AFFIRM...

Registration # 544236644

Department Treasury Bank

# BOND FOR COSTS

_____SUPERIOR_____ Court

County of __San Diego__

PEOPLE OF THE STATE OF CALIFORNIA,
               Fiction of Law,

vs.

BRIAN S. MCNEAL
         Eo Nomine.

CN 183997 CN 183997  , DBA, COMMISSIONER/MASTER, (OBLIGOR)
whatever referred et' seq.

Security $50,000.00 USD

Filed and approved the ___12TH___

day of __Febuary__  A.D. 20_05_

Bonder - Brian S. McNeal

On this 11TH Day of 2005
Sworn Before Me Portia
Hospital. Sari/

True Bond by Secured Party Authorized Representive for
BRIAN S. MCNEAL, "vessel" (strawman) Ecm.

Hereby bond set for discharge of Account See 226819/CN183997

CC: DTB (Snow)
    U.S. Attorney (Gonzalez)
    San Diego Superior Court

Page 5. Mandatory Judicial Notice

united states of America  )
                          ) Affirmed
California state          )

### VERIFIED ACKNOWLEDGEMENT AND JURAT

I, Secured Party; Seehausen, herein referred "Sovereign Elector," make this "Mandatory Judicial Notice et seq." in good faith with clean hands, and affirm to having personal, first hand knowledge of the facts asseverated herein, and to being over the age of twenty one years and fully competent to testify to the same, affirm the same to be true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth in law, commerce and substantial citation, affirmed under penalty of perjury in accord with the laws of the Republics of California and united states of America.

Secured Party

Brian STEVEN McNeal Seehausen, Sovereign
Elector, Third Party Interest Intervenor,
All Rights and Defenses Reserved Without
Prejudice,
Pre-Paid - Preferred Stock
Priority - Exempt from Levy.

living Sentient being

Brian S McNeal r, Real Party in
incerest, Acceptor, Subrogated Party,
The only Authorized Agent for:
Eo Nomine, BRIAN S. MCNEAL ℗,
including any and all alphabetical or
numerical deviations thereof,
All Rights and Defenses Reserved Without
Prejudice,
Pre-Paid - Preferred Stock
Priority - Exempt from Levy.

Page 4, Mandatory Judicial Notice,

UCC 1207.7

                    Declaration Of Injury In Support of
                    Petition for Writ of Habeas Corpus
United States Of America)
                        ) Affirm (Declaration)
California State        )

1.) Depraving life liberty and property from the living Sentient being for Damages Claimed against the Juristic Person.

2.) Fales Arrest, fales imprisonment (Political Prisoner, Prisoner of War)

3.) Slavery (servitude) Trading with the enemy Act., inslaying the Enemy Alien.

4.) Double Jeopardy, Real Party held after acceptance of Damages (Simulation Process)

5.) Cruel and unusual Punishment (8TH Amendment) Jail conditions: Malnutrition, Starvation, Sleeping conditions, Put with Dangerious and Humicidal People, exposed to Diseases, Bacteria, fungus and uncooked foods with little or no Medical care.

6.) Assault and Battery - Poisioning by Court ordered Medication (phycatropic's)

7.) Harassment, tramatization, Defamation of character, Public humility, Slander.

8.) Terroristic threats, Extorsion. Violation of Person (DNA, Fingerprint, Photos Samples)

9.) Vindictive Prosecution

10.) Fraudulent and Coerosive Jointing of the living being Brian Steven McNeal to the Juristic Person BRIAN STEVEN MCNEAL and charged in fiction of law fraud of law

11.) Kidnapping of living being

12.) lorceny and Burglary (violation of 4TH Amendment) Withholding the EC NOMINE from Secured Party.

13.) Denile of Due Process (Pennoyer v. Neff U.S. 733. 24 L.Ed. 565)

14.) Perjured against by Public Servants - Court having no Police Power U.S. V. Lopez 1995 landmark case chief Justice Marshall.

15.) Fraudulent and misleading information - State Constitution Repealed in 1879 and never raditiod in law, legislative fraud for 125 years, now fiction of law under special Maritime international law, For Breach in British Contract/ States Attornies are under a fales licence as per the ruling in Supreme Court: Schware v. Board of Examiners.353

1. U.S. 238, 239. Members of the BAR British Accredidation Regency have with-held their silent Maritime British Pledge.

16.) Prisoner of War - Maritime/Marshall law - Court flies Gold Fringe flag in respect. Violation of the Geneva Convection/Declaration of Human Rights.

Parties Of Interest

San Diego Superior Court Judges and does 1-1000

ATTORNEY GENERAL CORPORATION, Bill LOCKYER and does 1-1000

SAN DIEGO DISTRICT ATTORNEY'S OFFICE, BONNIE DUMANIS and does 1-1000

Affiant has read the forgoing and understands the contents therein and affirms this Declaration to be true, correct and not misleading. Affiants word is Affiant's bond. Affiant's Seal is Affiant's autograph: Under Penalty of Perjury

Executed and sworn on this __10TH__ Day of __April__, AD 2005

UCC 1-207.1

Brian Steven McNeal - Real Party
Secured Party and Representative
For the EO NOMINE Juristic
Person BRIAN STEVEN MCNEAL

*(Please don't assume) I'm not in State Custody, nor am I challenging a conviction under 28 USC 2254. Bring this action as stated below, 28 USC 1361/1654 and Under the Act of Feb 5 1867 14 Stat. 385 and Article I Sec. 9 U.S. Constitution. To challenge Constitutional violations and restraint of liberty.*

(Rev. 07/89)

# CIVIL COVER SHEET

sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

## I (a) PLAINTIFFS

Unincorporated, Secured Party,
**Brian Steven McNeal**
Incorporated, Deptor
BRIAN STEVEN MCNEAL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

**People of the State of California, INC.**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

DEPUTY

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Brian Steven McNeal
1173 Front Street
San Diego, CA 92101
5107574

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☒4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country World Citizen | ☐3 | ☒3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

Article I Sec. 9 U.S. Constitution
Act of Febuary 5, 1867 14 Stat. 385         28 U.S.C. 1361/1654 (All Writs Act)

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury - Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395f) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):   JUDGE _____   Docket Number _____

DATE  4-6-05

CR

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Brian Steven McNeal #5107574

**DEFENDANTS**

05 APR 19 PM 3:13

People of the State of California

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Brian Steven McNeal #5107574
SDCJ 1173 Front Street
San Diego CA 92101
No Phone Number Provided

**ATTORNEYS (IF KNOWN)**

'05 CV 0832 H (AJB)

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 USC 1361

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE ___   Docket Number ___

DATE 4/19/2005

SIGNATURE J. Diaz